

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00220-CR

_____


DONNIE JACKSON, Appellant

V.

THE STATE OF TEXAS, Appellee



On Appeal from the 196th District Court
Hunt County, Texas
Trial Court No. 28,828



Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

## MEMORANDUM OPINION

Donnie Jackson, appellant, has filed with this Court a motion to dismiss his appeal. The motion was signed by both Jackson and his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion. *See id.*

Accordingly, we dismiss the appeal.


Jack Carter
Justice

Date Submitted:     October 16, 2013
Date Decided:       October 17, 2013

Do Not Publish